UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER PICARD, et al.,

    Plaintiffs,

v.

LUMBER LIQUIDATORS, INC., et al.,

    Defendants.

Case No. 15-cv-01460-EDL

**REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP**

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to <u>Balero v. Lumber Liquidators, Inc.</u>, 15-cv-01005-JST.

    **IT IS SO ORDERED.**

Dated: April 1, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge